CLERK'S OFFICE  
UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

CO-932  
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING  
IN THIS OR ANY OTHER UNITED STATES COURT

FILED  
NOV 13 2006  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

Civil Action No. **06 1934**  
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

1. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

   [ ] (a) relates to common property

   [X] (b) involves common issues of fact

   [X] (c) grows out of the same event or transaction

   [ ] (d) involves the validity or infringement of the same patent

   [ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

   Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

   See attached chart    TENNESSEE EASTERN DISTRICT

4. CAPTION AND CASE NUMBER OF RELATED CASE(E:S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   BENSON, ET AL    v. ALLIANCE SEMICONDUCTOR CORP. ET AL   C.A. No. 2:06-251

   **Nov. 13, 2006**  
   DATE                Signature of Plaintiff/Defendant (or counsel)

2

As of: 11-7-06

| Case Number | Case Name | Counsel | District Court |
|---|---|---|---|
| 2:06cv0251<br><br>*Indirect Case* | *Benson et al v. Alliance Semiconductor Corp. et al* | Gordon Ball<br>BALL & SCOTT<br>Suite 601, 550 Main Ave.<br>Knoxville, TN 37902<br>Telephone:   (865) 525-7028<br>Facsimile:   (865) 525-4679<br><br>Daniel K. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113-1998<br>Telephone:   (216) 622.1851<br>Facsimile:   (216) 622-1852<br>E-mail:   karon@gsk-law.com<br><br>Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE<br>7839 Montgomery Ave.<br>Elkins Park, PA 19027<br>Telephone:   (215) 771-4988<br>Facsimile:   (215) 782-3241<br>E-mail:<br>         knarine@kbnlaw.com<br><br>Isaac L. Diel<br>SHARP McQUEEN P.A.<br>Financial Plaza<br>6900 College Boulevard, Suite 285<br>Overland Park, KS 66211<br>Telephone: 913-661-9931<br>Facsimile: 913-661-9935<br>E-Mail:   dslawkc@aol.com<br><br>Mary G. Kirkpatrick<br>LISMAN WEBSTER KIRKPATRICK & LECKERLING, P.C.<br>84 Pine Street<br>P.O. Box 728<br>Burlington, VT 05402-0728 | Tennessee Eastern District |

| | | | |
|---|---|---|---|
| | | Telephone: (802) 864-5756<br>Facsimile: (812) 864-3629 | |
| 3:06cv06511-EDL<br><br>*Direct Case* | *Ma v. Alliance Semiconductor Corporation et al* | Bruce Simon<br>Esther Klisura<br>Cotchett, Pitre, Simon & McCarthy<br>San Francisco, Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>(650) 697-0577 (fax)<br><br>Anthony D. Shapiro<br>Steve W. Berman<br>Hagens, Berman, Sobol, Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seatle, WA 98101<br>(206) 623-7292<br>(206) 623-0594 (fax)<br><br>Daniel S. Gruber<br>Gruber & Gruber<br>15165 Ventura Blvd, Suite 400<br>Sherman Oaks, CA 91403<br>(818) 981-0066<br>(818) 981-2122 | California<br>Northern District |
| 3:06cv06533-SI<br><br>*Indirect Case* | *Reclaim Center, Inc. et al v. Samsung Electronics Co., Ltd. et al* | Francis Scarpulla<br>Craig Corbitt<br>Judith Zahid<br>Matthew Schultz<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104<br>415/693-0700<br>415-693-0770 (fax)<br><br>Michael Lehmann<br>Thomas Dove<br>Christopher Lebsock<br>Furth, Lehmann & Grant LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104 | California<br>Northern District |

| | | | |
|---|---|---|---|
| | | (415) 433-2070<br>(415) 982-2076 (fax)<br><br>Joseph Cooper<br>Tracy Kirkham<br>Cooper & Kirkham<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA<br>(415) 788-3030<br>(415) 882-7040<br><br>Alan Steyer<br>Steyer, Lowenthal, Boodrookas, Alvarez & Smith<br>One California Street, 3rd Floor<br>San Francisco, CA 94104<br>(415) 421-3400<br>(415) 421-2234 | |
| 3:06cv06491-JCS | *Dataplex, Inc. v. Alliance Semiconductor Corporation et al* | Craig Corbitt<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104<br>415/693-0700<br>415-693-0770 (fax)<br><br>Clifford H. Pearson<br>Gary Soter<br>Daniel Warshaw<br>Pearson, Soter, Warshaw & Penny LLP<br>15165 Ventura Boulevard<br>Suite 400<br>Sherman Oaks, CA 91403<br>(818) 788-8300<br>(818) 788-8104 (fax) | California Northern District |
| 3:06cv06541-SI<br><br>*Indirect Case* | *Madsen v. Samsung Electronics Co., Ltd. et al* | Joseph Cooper<br>Tracy Kirkham<br>Cooper & Kirkham<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA<br>(415) 788-3030<br>(415) 882-7040 | California Northern District |

| | | | |
|---|---|---|---|
| | | Craig Carter Corbitt<br>Francis O. Scarpulla<br>Matthew Rutledge Schultz<br>Judith A. Zahid<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>44 Montgomery St Ste 3400<br>San Francisco, CA 94104-4807<br>415-693-0700<br>415-693-0770 (fax)<br><br>Thomas Patrick Dove<br>Jon T. King<br>Christopher Lee Lebsock<br>Michael Paul Lehmann<br>Furth Lehmann & Grant LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>415-433-2070<br>415-2076 (fax)<br><br>Allan Steyer<br>Steyer Lowenthal Boodrookas Alvarez & Smith LLP<br>One California Street<br>Third Floor<br>San Francisco, CA 94111<br>415-421-3400<br>415-421-2234 (fax) | |
| 4:06cv06542-SBA | *Maites et al v. Samsung Electronics Co., Ltd. et al* | Thomas Patrick Dove<br>John T. King<br>Michael Paul Lehmann<br>Furth Lehmann & Grant LLP<br>225 Bush Street<br>15th Floor<br>San Francisco, CA 94104-4249<br>415-433-2070<br>415-982-2076 (fax) | California Northern District |
| 3:06cv06501-WHA | *Proiette v. Cypress Semiconductor Corporation et al* | Randy Renick<br>Law Offices of Randy Renick<br>The Marine Building<br>128 North Fair Oaks Avenue<br>Suite 204<br>Pasadena, CA 91103 | California Northern District |

| | | 626-585-9608 | |
|---|---|---|---|
| 3:06cv06535-WHA | *Ribo v. Cypress Semiconductor Corporation, et al.* | Brian Joseph Barry, Esq.<br>Law Offices of Brian Barry<br>1801 Avenue of The Stars<br>Suite 307<br>Los Angeles, CA 90067<br>310-788-0831<br>310-788-0841 (fax) | California Northern District |
| 3:06cv06652-JL | *Westell Technologies Inc. v. Alliance Semiconductor Corporation et al* | Bruce Lee Simon<br>Ester L. Klisura<br>Cotchett Pitre & Simon<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010<br>650.697.6000<br>Fax: 650.692.3606<br>Email: bsimon@cpsmlaw.com | California Northern District |
| 3:06cv6668-MJJ | *Juskiewicz v. Samsung Electronics Co. Ltd. et al* | Mario Nunzio Alioto<br>Lauren Clare Russell<br>Trump Alioto Trump & Prescott LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>415-563-7200<br>Fax: 415-346-0679<br>Email: malioto@tatp.com<br><br>Joseph M. Patane<br>Attorney at Law<br>2280 Union St.<br>San Francisco, CA 94123 | California Northern District |
| 3:06cv6663-MEJ | *Takeda v. Alliance Semiconductor Corporation et al* | Lionel Z. Glancy<br>Michael Goldberg<br>Susan Kupfer<br>Glancy & Binkow LLP<br>1801 Avenue of The Stars<br>Suite 311<br>Los Angeles, CA 90067<br>310-201-9150<br>Fax: 310-201-9160<br>Email: info@glancylaw.com | California Northern District |
| 3:06cv6698-JSW<br><br>*Direct Case* | *Chip-Tech, Ltd. v. Cypress Semiconductor* | Joseph M. Barton<br>C. Andrew Dirksen<br>Steven O. Sidener | California Northern District |

| | *Corporation et al* | Gold Bennett Cera & Sidener LLP<br>595 Market Street, Suite 2300<br>San Franciscco, CA 94105<br>415/777-2230<br>Email: jmb@gbcslaw.com | |
|---|---|---|---|
| 8:06cv1021-DOC-RC | *Terry Bisel v. Cypress Semiconductor Corporation et al* | Stephen Garcia<br>Sarina Hinson<br>Garcia Law Firm<br>One World Trade Center<br>Suite 1950<br>Long Beach, CA 90831<br>562-216-5270 | California Central District |
| **1:06-cv-00150-RFC**<br><br>***Indirect Case*** | *Kornegay v. Samsung Electronics et al* | Stephen Bullock<br>Bullock Law Firm, PLLC<br>Great Northern Center<br>30 West 14th Street, Suite 204<br>Box 1330<br>Helena, MT 59624<br>406-443-4331<br>sbullock@bullockfirm.com | MONTANA DISTRICT COURT |
| **4:06-cv-01585-GH**<br><br>***Indirect Case*** | *Miles v. Samsung Electronics Company Limited et al* | **Dianne M. Nast**<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>US<br>717-892-3000<br>717-892-1200 (fax)<br><br>**Richard Lee Quintus**<br>Roberts Law Firm, P.A.<br>Post Office Box 241790<br>Little Rock, AR 72223-1790<br>(501) 821-5575<br>rlquintus@yahoo.com<br><br>**Michael L. Roberts**<br>Roberts Law Firm, P.A.<br>Post Office Box 241790<br>Little Rock, AR 72223-1790<br>(501) 821-5575<br>robertslawfirm@aristotle.net | ARKANSAS EASTERN DISTRICT COURT |
| **3:06-cv-02385-WQH-POR** | *Munoz v. Samsung Electronics Co. Ltd. et al* | **Mark J Tamblyn**<br>Wexler Toriseva Wallace<br>1610 Arden Way | CALIFORNIA SOUTHERN DISTRICT |

| | | | |
|---|---|---|---|
| *Indirect Case* | | Suite 290<br>Sacramento, CA 95815<br>US<br>(916)568-1100<br>(916)568-7890 (fax) | COURT |
| **0:06-cv-04382-RHK-JSM**<br><br>*Indirect Case* | *Fairmont Orthopedics & Sports Medicine, PA v. Samsung Electronics Co., Ltd. et al* | **W Joseph Bruckner**<br>Lockridge Grindal Nauen PLLP<br>100 Washington Ave S Ste 2200<br>Minneapolis, MN 55401-2179<br>(612) 339-6900<br>6123390981 (fax)<br>wjbruckner@locklaw.com<br><br>**Daniel E Gustafson**<br>Gustafson Gluek PLLC<br>608 2nd Ave S Ste 650<br>Minneapolis, MN 55402<br>612-333-8844<br>612-339-6622 (fax)<br>dgustafson@gustafsongluek.com<br><br>**Jason S Kilene**<br>Gustafson Gluek PLLC<br>608 2nd Ave S Ste 650<br>Minneapolis, MN 55402<br>(612) 333-8844<br>(612) 339-6622 (fax)<br>jkilene@gustafsongluek.com<br><br>**Irwin B Levin**<br>Cohen & Malad LLP<br>One Indiana Square Ste 1400<br>Indianapolis, IN 46204<br>317-636-6481<br>317-636-2593 (fax)<br>ilevin@cohenandmalad.com<br><br>**Dianne M Nast**<br>RodaNast, PC<br>801 Estelle Dr<br>Lancaster, PA 17601<br>717-892-3000<br>717-892-1200 (fax)<br>dnast@rodanast.com | MINNESOTA DISTRICT COURT |

| | | | |
|---|---|---|---|
| | | **Renae D Steiner**<br>Gustafson Gluek PLLC<br>608 2nd Ave S Ste 650<br>Minneapolis, MN 55402<br>612-333-8844<br>612-339-6622 (fax)<br>rsteiner@gustafsongluek.com | |