AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rebecca Bly, on behalf of herself and all
others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

Alliance Semiconductor Corp., et al.

CASE NUMBER:   1:06CV01934

TO: (Name and address of Defendant)

Integrated Silicon Solution, Inc.
Registered Agent/Scott D. Howarth
2231 Lawson Lane
Santa Clara, CA  95054

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary E. Mason
The Mason Law Firm, P.C.
1225 19th Street, N.W.
Suite 500
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    11/30/2006

CLERK

(By) DEPUTY CLERK                             DATE

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 12/18/06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Gary E. Mason | Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  Certified, return receipt mail _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____1/2/07____        _____
                    *Date*                        *Signature of Server*

The Mason Law Firm, P.C.
1225 19th Street, N.W.
Suite 500
_____
*Address of Server*        Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Intergrated Silicon Solution, Inc.
Registered Agent/ Scott Howarth
2231 Lawson Lane
Santa Clara, CA 95054

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Vern Hills_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
VERN HILLS
C. Date of Delivery
12/18/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0008 1400 0811

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540