AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rebecca Bly, on behalf of herself and all
others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

Alliance Semiconductor Corp., et al.

CASE NUMBER:   1:06CV01934

TO: (Name and address of Defendant)

Winbond Electronics Corporation America
Registered Agent/Wen C. Chu
2727 North First St.
San Jose, CA  94040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary E. Mason
The Mason Law Firm, P.C.
1225 19th Street, N.W.
Suite 500
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**         11/30/2006

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: 12/19/06 |
| NAME OF SERVER (PRINT): Gary E. Mason | TITLE: Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified, Return receipt mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/2/2007
              Date                    Signature of Server

                                      The Mason Law Firm, P.C.
                                      1225 19th Street, N.W.
                                      Suite 500
              Address of Server       Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*) | C. Date of Delivery<br>12-19-06 |
| 1. Article Addressed to:<br><br>Winbond Electronics Corp<br>Registered Agent / Wen C. Chu<br>2727 North First St.<br>San Jose, CA 94040 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*) ☐ Yes | |
| 2. Article Number<br>*(Transfer from service label)* | 7005 1820 0008 1400 1320 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540