IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA BLY, On Behalf of Herself and All Others Similarly Situated. ) ) ) | |
| Plaintiff, ) | Civil Action No. 1:06-cv-1934 (GK) |
| ) ) | |
| v. ) ) | |
| ALLIANCE SEMICONDUCTOR CORPORATION, et al., ) ) ) | |
| Defendants. ) | |

**JOINT STIPULATION TO ENLARGE MOVING DEFENDANTS'
TIME TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT AND INCORPORATED MEMORANDUM IN SUPPORT**

WHEREAS Plaintiff filed a Complaint in the above-captioned case on or about November 13, 2006;

WHEREAS Plaintiff alleges price fixing by manufacturers of Static Random Access Memory ("SRAM");

WHEREAS more than fifty complaints have been filed to date in federal district courts throughout the United States by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price fixing by manufacturers of SRAM (collectively, "the SRAM Cases");

WHEREAS there is a motion pending before the Judicial Panel on Multidistrict Litigation (MDL case number 1819) to transfer the SRAM cases to the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS the parties anticipate the possibility of Consolidated Amended Complaints in the SRAM Cases;

LA\1671175.1

WHEREAS the parties have agreed that an orderly schedule for any response to the pleadings in the SRAM Cases would be more efficient for the parties and for the Court;

WHEREAS Plaintiff agrees that the deadline for Toshiba America Electronic Components, Inc. ("TAEC") to respond to the Complaint shall be extended until the earlier of the following two dates: (1) thirty days after the filing of a Consolidated Amended Complaint in the SRAM Cases; or (2) thirty days after Plaintiff provides written notice to TAEC that it does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court in this case;

WHEREAS Plaintiff further agrees that this extension is available, without further stipulation with counsel for Plaintiff, to all named Defendants who notify Plaintiff in writing of their intention to join this extension;

WHEREAS Plaintiff and TAEC (and any other named Defendants who provide notice of their intention to join this extension pursuant to the preceding paragraph) agree that each such defense counsel shall accept service on behalf of the Defendant that provided notice of its intention to join this extension of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest the sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense, including but not limited to, the defense of lack of personal or subject matter jurisdiction or improper venue.

WHEREAS Plaintiff and TAEC agree that notwithstanding the above paragraphs, should any defendant to whom this extension applies respond to any complaint in another SRAM case filed in another United States District Court prior to the date contemplated by this Stipulation, except pursuant to Court Order, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter.

PLAINTIFF AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for TAEC to respond to the Complaint shall be extended until the earlier of the following two dates: (1) thirty days after the filing of a Consolidated Amended Complaint in the SRAM Cases; or (2) thirty days after Plaintiff provides written notice that it does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court in this case.

2. This extension is available, without further stipulation with counsel for Plaintiff, to all named Defendants who notify Plaintiff in writing of their intention to join this extension.

3. TAEC (and any other named Defendants who provide notice of their intention to join this extension pursuant to the preceding paragraph) agree that each such defense counsel shall accept service on behalf of the Defendant that provided notice of its intention to join this extension of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest the sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense, including but not limited to, the defense of lack of personal or subject matter jurisdiction or improper venue.

. Plaintiff and Defendants agree that notwithstanding the above paragraphs, should any defendant to whom this extension applies, except pursuant to Court Order, respond to any complaint in another SRAM case filed in another United States District Court prior to the date contemplated by this Stipulation, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter.

IT IS SO STIPULATED.

LA\1671175.1

Dated: January 5, 2007

LATHAM & WATKINS LLP

By /s/ Andrew Morton
Andrew Morton

Attorneys for Defendant
TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.

Dated: January 5, 2007

THE MASON LAW FIRM, PC

By /s/ Gary Mason
Gary Mason

Attorney for Plaintiff REBECCA BLY

IT IS SO ORDERED.

Dated: January __, 2007

By _____
Honorable Gladys Kessler