AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rebecca Bly, on behalf of herself and all
others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

Alliance Semiconductor Corp., et al.

CASE NUMBER: 1:06CV01934

TO: (Name and address of Defendant)

Renesas Technology America, Inc.
Registered Agent/Corporation Service Company
dba CSC-Lawyers Incorporating
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary E. Mason
The Mason Law Firm, P.C.
1225 19th Street, N.W.
Suite 500
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    11/30/2006

CLERK                                         DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Reneses Tech America, Inc.<br>Registered Agent/Corp. Service Comp.<br>2730 Gateway Oaks Dr, Suite 100<br>Sacramento, CA 95833 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0008 1400 0743 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

```
CSC-730    958333572 1C05 37 12/19/06
FORWARD TIME EXP   RTN TO SEND
:CORPORATION SERVICE COMPANY
 PO BOX 526036
 SACRAMENTO CA 95852-6036

         RETURN TO SENDER
```