IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA BLY, et al.<br><br>        Plaintiffs,<br><br>   v.<br><br>ALLIANCE SEMICONDUCTOR CORP., et al.,<br><br>        Defendants. | Civil Action No. 1:06-cv-1934 GK<br><br>MDL 1819<br><br>**JOINDER OF SONY ELECTRONICS INC. TO JOINT STIPULATION TO ENLARGE MOVING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

      Defendant Sony Electronics Inc. ("Sony") hereby joins the Stipulation to Enlarge Moving Defendants' Time to Answer or Otherwise Respond to Complaint entered between Plaintiffs and Defendant Toshiba America Electronic Components, Inc. and filed on January 5, 2007.  The deadline for Sony to respond to the Complaint shall be extended until the earlier of the following two dates: (1) thirty days after the filing of a Consolidated Amended Complaint in the SRAM Cases; or (2) thirty days after Plaintiffs provide written notice that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court in this case.

      In joining this stipulation, Sony reserves its rights as to all defenses, including the right to contest personal jurisdiction, subject matter jurisdiction, and venue.

DATED: February 14, 2007

By: _____/s/_____
Brent N. Rushforth (Bar No. 398123)
Heller Ehrman LLP
1717 Rhode Island Ave.
Washington, DC  20036
Telephone: (202) 912-2000
Facsimile: (202) 912-2020
Email: brent.rushforth@hellerehrman.com

and

Stephen V. Bomse
David M. Goldstein
Elisabeth R. Brown
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: 415.772.6000
Facsimile:  415.772.6268

Attorneys for Defendant
SONY ELECTRONICS INC.